IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _JE_ D.C.

05 MAY 27 PM 2:08

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
v. )  Criminal No. 04-20506-M1
)
_Trina Thomas_ )  (30-Day Continuance)
)
_____ )
)
_____ )
)
_____ )
)
Defendant(s). )

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the June, 2005, criminal rotation calendar, but is now RESET for report at 9:00 a.m. on Friday, June 24, 2005, with trial to take place on the July, 2005 rotation calendar with the time excluded under the Speedy Trial Act through July 15, 2005. Agreed in open court at report date this 27th day of May, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-27-05

20

SO ORDERED this 27th day of May, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

_____
Assistant United States Attorney

_____
Counsel for Defendant(s)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:04-CR-20506 was distributed by fax, mail, or direct printing on May 27, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

K. Jayaraman
LAW OFFICES OF K. JAYARAMAN
147 Jefferson Avenue
Ste. 804
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT