IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FIL...

05 JUN 24 ...

ROB... T S. DI...
CLERK, U.S. ...
W.D. OF TN, ...

UNITED STATES OF AMERICA

    Plaintiff,

v.

*Trina Thomas*

_____

_____

_____

_____

    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Criminal No. 04 - 20506 M1

**(30-Day Continuance)**

---

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

---

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the July, 2005, criminal rotation calendar, but is now RESET for report at ~~9:00~~ **8:30** a.m. on ~~Friday,~~ **Thurs.** July ~~22,~~ **14** 2005, with trial to take place on the August, 2005 rotation calendar with the time excluded under the Speedy Trial Act through August 12, 2005. Agreed in open court at report date this 24th day of June, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on *6-27-05*

(24)

SO ORDERED this 24th day of June, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

_____

_____
Assistant United States Attorney

_____

_____

_____
Counsel for Defendant(s)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CR-20506 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

K. Jayaraman
LAW OFFICES OF K. JAYARAMAN
147 Jefferson Avenue
Ste. 804
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT