IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT -6 AM 9: 56

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| VS | ) CR. NO. 04-20506-Ml |
| TRINA T. THOMAS | ) |
| Defendant(s) | ) |

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

This cause was set for a Report Date on Friday, October 28, 2005 at 9:00 A.M. Counsel for the government requested a continuance. The continuance is necessary to allow for additional preparation in the case.

The Court granted the request and continued the matter for a Report Date to Tuesday, December 20, 2005 at 9:00 A.M. with a trial date of Tuesday, January 3, 2006 at 9:30 A.M.

The period from November 18, 2005 through January 13, 2006 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) to allow government counsel additional time to prepare.

**IT IS SO ORDERED** this the ___5___ day of October, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule __ and/or 32(b) FRCrP on _10-6-05_

37

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:04-CR-20506 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

---

K. Jayaraman
LAW OFFICES OF K. JAYARAMAN
147 Jefferson Avenue
Ste. 804
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT