IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cr. No. 04-20506 |
| vs. | ) |
| | ) MOTION GRANTED |
| TRINA T. THOMAS, | ) Please Contact the |
| | ) Courtroom Deputy Clerk |
| Defendant. | ) to establish a certain date |

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

DEC. 19 2005

## MOTION TO SET DATE CERTAIN

Comes now the United States of America by and through its counsel, Lawrence J. Laurenzi, Acting United States Attorney for the Western District of Tennessee, and moves the Court to set a date certain for the trial of this matter. This matter is set for a December report and for trial on the January rotation.

In support of said motion, the United States submits that the government anticipates calling an in custody witness. The government learned, upon contacting the United States Marshals concerning a writ for this witness, that the air lift will not be running through the holiday season. The United States Marshals informed the government that while they will endeavor to have this witness brought in by the end of January, they could guarantee that she could be available by February. At the Marshal's suggestion, the government has issued a writ for this witness for the last week in January. Additionally, the government anticipates calling 13 out of town witnesses at trial. Given these circumstances, the government thought it prudent to bring this information to the Court's attention and motion for a date certain in order to

secure accommodations for all witnesses as well as the transportation of the in custody witness.

                                            Respectfully submitted,

                                            LAWRENCE J. LAURENZI
                                            Acting United States Attorney

By:      /s/ Rae Oliver
                                            V. RAE OLIVER
                                            Assistant United States Attorney
                                            167 N. Main, Room 800
                                            Memphis, TN  38103
                                            (#18831 Tennessee)

## CERTIFICATE OF SERVICE

I, V. Rae Oliver, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Motion to set date certain has been sent via facsimile and has been mailed, first class postage pre-paid, to K.Jayaraman, 147 Jefferson Avenue, Memphis, Tennessee 38103 and via facsimile 901-522-8243.

    This _____ day of December, 2005.

                                              /s/ Rae Oliver
                                            V. RAE OLIVER
                                            Assistant United States Attorney
                                            167 N. Main, Room 800
                                            Memphis, TN  38103

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:04-CR-20506 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

K. Jayaraman
LAW OFFICES OF K. JAYARAMAN
147 Jefferson Avenue
Ste. 804
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT