IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 DEC 21 AM 9:08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| VS ) | CR. NO. 04-20506-Ml |
| TRINA T. THOMAS ) | |
| Defendant(s) ) | |

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

This cause was set for a Report Date on Tuesday, December 20, 2005 at 9:00 A.M. Counsel for the government requested a continuance. The continuance is necessary to allow for additional preparation in the case.

The Court granted the request and set the matter for a trial on Monday, January 30, 2006 at 9:30 A.M before the Honorable Judge Jon Phipps McCalla.

The period from January 13, 2006 through February 17, 2006 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) to allow government counsel additional time to prepare.

**IT IS SO ORDERED** this the 20 day of December, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-22-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:04-CR-20506 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

K. Jayaraman
LAW OFFICES OF K. JAYARAMAN
147 Jefferson Avenue
Ste. 804
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT